**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | March 19, 2015 | Prob./Pret.: | N/A |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| Court Reporter/ECR: | Mary George | | |

Criminal Case No. **12-cr-00045-WYD**           Counsel:

UNITED STATES OF AMERICA,                      Susan "Zeke" Knox

       Plaintiff,

v.

**14.  THEODIS WALKER, a/k/a "Boo,"**          Harvey A. Steinberg
                                                Ariel Z. Benjamin
       Defendant.

**COURTROOM MINUTES**

**SUPPRESSION HEARING**

**2:09 p.m.**   Court in Session - Defendant present, on bond.

    APPEARANCES OF COUNSEL.

    Court's opening remarks.

2:09 p.m.   Statement by Government regarding schedule for today's hearing (Ms. Knox).

**ORDERED:**   There are no co-conspirator's statements that need to be ruled upon by the Court.

    Defendant Walker's Motion to Suppress Intercepted Wire Communications [ECF Doc. No. 1014], filed March 14, 2014, is raised for argument.

| | |
|---|---|
| 2:14 p.m. | Argument by Government (Ms. Knox). |

**Exhibit(s) 5 RECEIVED.**

| | |
|---|---|
| 2:30 p.m. | Defendant Theodis Walker's witness **Donald Peterson** sworn. |
| | Direct examination by Defendant Theodis Walker (Mr. Steinberg).<br>*EX ID:*       5 |
| 2:46 p.m. | Cross examination by Government (Ms. Knox). |
| 2:58 p.m. | Re-Direct examination by Defendant Theodis Walker (Mr. Steinberg). |
| 3:09 p.m. | Re-Cross examination by Government (Ms. Knox). |
| 3:15 p.m. | Defendant Theodis Walker rests. |
| 3:15 p.m. | Argument by Defendant Theodis Walker (Mr. Steinberg). |
| 3:25 p.m. | Argument by Government (Ms. Knox). |
| 3:34 p.m. | Argument by Defendant Theodis Walker (Mr. Steinberg). |
| **ORDERED:** | Defendant Walker's Motion to Suppress Intercepted Wire Communications [ECF Doc. No. 1014], filed March 14, 2014, is **TAKEN UNDER ADVISEMENT.** |
| 3:35 p.m. | Discussion and argument regarding remaining pending motions. |
| **ORDERED:** | Defendant Walker's Motion for Disclosure Pursuant to Rules 404(b) and 609, Federal Rules of Evidence [ECF Doc. No. 435], filed October 26, 2012, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant Walker's Motion to Disclose and Produce Brady (Exculpatory) Material and for Early Disclosure of Jencks Materials [ECF Doc. No. 437], filed October 26, 2012, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant Walker's Motion to Disclose Identity of Informants (With Authority) [ECF Doc. No. 438], filed October 26, 2012, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant Walker's Request for Notice by Government of Intent to Introduce Evidence Pursuant to Rule 807, F.R.E. [ECF Doc. No. 440], filed October 26, 2012, is **DENIED AS MOOT.** |

**ORDERED:**   Government's Unopposed Motion for Extension of Time to Respond to Motions [ECF Doc. No. 529], filed January 9, 2013, is **DENED AS MOOT.**

**ORDERED:**   Defendant Germain Cardenas' Motion for Bond [ECF Doc. No. 549], filed January 15, 2013, is **DENIED AS MOOT.**

**ORDERED:**   Government's Motion for Leave to Restrict Document [ECF Doc. No. 735], filed May 6, 2013, is **DENIED AS MOOT.**

**ORDERED:**   Government's Motion to Restrict Document [ECF Doc. No. 1085], filed July 11, 2014, is **DENIED AS MOOT.**

**ORDERED:**   Government's Motion to Limit the Scope of the Evidentiary Hearing on the Motion to Suppress the Wiretap and Brief in Support [ECF Doc. No. 1094], filed July 28, 2014, is **DENIED AS MOOT.**

3:39 p.m.   Discussion regarding estimated length of trial being 5 days.

**ORDERED:**   Bond is **CONTINUED.**

**3:40 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:31**

**CLERK'S NOTE:**   **EXHIBITS WERE RETURNED TO COUNSEL AT THE CONCLUSION OF THE HEARING.**