IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   12-cr-0045-WYD-14

UNITED STATES OF AMERICA,

    Plaintiff,

v.

14.   THEODIS WALKER,

    Defendant.

---

### ORDER TO RESTRICT DOCUMENT

ORDER ENTERED BY SENIOR JUDGE WILEY Y. DANIEL

    THIS MATTER is before the Court on the Government's Motion to Restrict Document (ECF No. 1278), filed on February 10, 2016.   The Government asks that its Response to Defendant's Motion for Non-Guideline Sentence (ECF No. 1280), including its Attachment, as well as the Motion to Restrict (ECF No. 1278) and its Brief in support of the Motion (ECF No. 1279), and any resulting Order from the Government's Motion be restricted at Level Two until further order by the Court.   Upon consideration of D.C.Colo.LCr4 47.1, and for good cause shown, it is

    ORDERED that the Government's Motion, ECF No. 1278 is **GRANTED**.   It is

    FURTHER ORDERED that **ECF Nos. 1278, 1279, and 1280**, as well as any Order revealing the contents of those documents, are hereby **restricted at Level Two**, which makes the documents viewable by selected parties and the Court only, until further Order by the Court.

    Dated:   February 18, 2016