**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | February 17, 2016 | Probation: | Kyla Hamilton |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Mary George | | |

Criminal Case No:   **12-cr-00045-WYD**         Counsel:

UNITED STATES OF AMERICA,                Susan "Zeke" Knox

       Plaintiff,

v.

**14.  THEODIS WALKER, a/k/a Boo**,        Harvey A. Steinberg
                                                           Ariel Z. Benjamin

       Defendant.

### SENTENCING

**2:06 p.m.**     Court in Session - Defendant present, on bond.

> **Change of Plea Hearing - Thursday, November 12, 2015, at 2:00 p.m.
> Plea of Guilty - Count One of Superseding Indictment.**

      APPEARANCES OF COUNSEL.

      Court's opening remarks.

2:11 p.m.     Statement and argument on behalf of Defendant (Mr. Steinberg).

2:12 p.m.     Statement and argument on behalf of Government (Ms. Knox).

2:15 p.m.     Statement on behalf of Probation (Ms. Hamilton).

2:16 p.m.     Statement and argument on behalf of Defendant (Mr. Steinberg).

| | |
|---|---|
| 2:19 p.m. | Statement and argument on behalf of Government (Ms. Knox). |
| 2:24 p.m. | Statement and argument on behalf of Defendant (Mr. Steinberg). |
| 2:26 p.m. | Statement and argument on behalf of Government (Ms. Knox). |
| 2:36 p.m. | Statement and argument on behalf of Defendant (Mr. Steinberg). |
| 2:40 p.m. | Statement and argument on behalf of Government (Ms. Knox). |
| 2:41 p.m. | Statement and argument on behalf of Defendant (Mr. Steinberg). |
| 2:57 p.m. | Statement in support of Defendant by Fred Woodberry, Jr. |
| 2:59 p.m. | Statement in support of Defendant by Jerry Davis. |
| 3:00 p.m. | Statement and argument on behalf of Government (Ms. Knox). |
| 3:11 p.m. | Statement on behalf of Defendant (Mr. Steinberg). |
| 3:11 p.m. | Statement by Defendant on his own behalf (Mr. Walker). |
| | Court makes findings. |
| **ORDERED:** | Government's § 5K1.1 and Title 18 U.S.C. § 3553(e) Motion for Downward Departure Based on Substantial Assistance [ECF Doc. No. 1271], filed February 3, 2016, is **GRANTED.** |
| **ORDERED:** | Defendant's Motion for Non-Guideline Sentence [ECF Doc. No. 1272], filed February 3, 2016, is **GRANTED IN PART and DENIED IN PART.** |
| **ORDERED:** | Defendant be **imprisoned** for **100** months. |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall comply with standard conditions adopted by the Court. |

|     |     |
| --- | --- |
| (X) | If the judgment in this case imposes a fine or restitution obligation, it is a condition of supervised release that the Defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the schedule of payments set forth in the judgment. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |
| (X) | The Defendant shall refrain from the unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of DNA as directed by the probation officer. |

**ORDERED:** **Special Condition(s)** of **Supervised Release** are:

1. The defendant shall submit his person, property, house, residence, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer. Failure to submit to search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

**ORDERED:** Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:** The Court finds that the defendant does not have the ability to pay a fine, so the Court will waive the fine in this case.

**ORDERED:** The defendant shall surrender to the institution designated by the Bureau of Prisons **within 15 days from the date of designation.**

**ORDERED:** Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Government's Motion to Dismiss Indictment and Counts Two, Three, and Four of the Superseding Indictment as to Defendant Theodis Walker [ECF Doc. No. 1270], filed February 3, 2016, is **GRANTED.**

Order Dismissing Indictment and Counts Two, Three, and Four of the Superseding Indictment as to Defendant Theodis Walker is **APPROVED BY THE COURT.**

**Court RECOMMENDS that the Bureau of Prisons place the defendant at the least restrictive facility within the state Colorado with the Residential Drug Abuse Program (R.D.A.P.).**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**3:27 p.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME: 1:21**